665 A.2d 1185

COMMONWEALTH of Pennsylvania ex rel. Geoff GALLAS, Individually and on Behalf of the Judges of the First Judicial District of the Commonwealth of Pennsylvania, the Court of Common Pleas of Philadelphia; and its Agent and Representative, the City of Philadelphia, Appellants,

v.

PENNSYLVANIA LABOR RELATIONS BOARD, Appellee.   (Three Cases)

Appeal of TEAMSTERS UNION LOCAL NO. 115.

Supreme Court of Pennsylvania.

Submitted July 6, 1994.

Decided Oct. 20, 1995.

David Grove, Howard Scher, Kenneth Jarin, Mary Theresa Enyart, Richard Simins, Philadelphia, for Gallas, et al.

John Neurohr, Harrisburg, for P.L.R.B.

Nancy Lassen, Philadelphia, for AFSCME, et al.

Walter De Treux, Philadelphia, for Teamsters Union Local No. 115.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Affirmed.

CAPPY, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., files a concurring statement.

MONTEMURO, J., is sitting by designation.

ZAPPALA, Justice, concurring.

In *County of Lehigh v. Pennsylvania Labor Relations Board,* 507 Pa. 270, 489 A.2d 1325 (1985), I dissented from the majority Opinion based upon my conclusion that the judicial secretaries were not confidential employees as defined in the Public Employe Relations Act, 43 P.S. §§ 1101.101 et seq. I join in the per curiam order in this case, however, in recognition of the decision in *County of Lehigh* as the controlling authority.